FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 2 1 2016

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

LEE CALDWELL,
    PLAINTIFF,

v.

HILLCREST, DAVIDSON, AND ASSOCIATES LLC
    DEFENDANT

Case No. 4:16cv856-DPM

This case assigned to District Judge __Marshall__
and to Magistrate Judge __Harris__

## COMPLAINT AND JURY DEMAND

### JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

2. This action arises out of violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. by Hillcrest, Davidson, and Associates LLC ("Defendant").

### VENUE

3. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

4. Plaintiff resides in this Judicial District.

### PARTIES

5. Plaintiff, Lee Caldwell ("Plaintiff"), is an adult individual residing in Pulaski County, Arkansas, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

6. Defendant is a Texas business entity operating from Richardson, Texas.

7. Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

8. The principal purpose of Defendant is the collection of debts using the mails and telephone and other means.

9. Defendant is not registered to do business in Arkansas, but can be served via certified mail with a return receipt requested pursuant to the Arkansas Rules of Civil Procedure by delivering a copy of the summons and this complaint to its registered agent, Keith Burkett, at 850 N. Dorothy Dr., Suite 512, Richardson, Texas 75081.

10. Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another that arose out of transactions in which the money, property or services which are the subject of the transactions are primarily for personal, family or household purposes.

## FACTUAL ALLEGATIONS

11. At some time in the past, Plaintiff allegedly incurred a financial obligation that was primarily for personal, family or household purposes, namely an amount due and owing on a personal account (hereinafter the "Account"). Specifically, Plaintiff believes that the account was in relation to a security alarm system installed at his home, used for personal purposes and not business or commercial purposes.

12. The Account constitutes a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

13. The Account allegedly went into default with the original creditor.

14. After the Account allegedly went into default, the Account was placed with or otherwise transferred to Defendant for collection.

15. Plaintiff disputes the amount Defendant was attempting to collect on the Account.

16. Plaintiff requests that Defendant cease all further communications regarding the Account.

17. Defendant collector(s) were employee(s) of Defendant at all times mentioned herein.

18. Defendant acted at all times mentioned herein through its employee(s).

19. Prior to April 2, 2016, Plaintiff retained the services of Taylor & Taylor Law Firm in Little Rock to represent him with regard to the Account, which was being reported on his credit report.

20. On April 2, 2016, Plaintiff's attorney, Tasha Taylor, sent email correspondence to Defendant at email address "info@hillcrestdavidson.com". That email specifically stated "From this point forward you should contact only my office concerning any and all accounts you have for my client, Lee Caldwell." The April 2, 2016 email from Tasha Taylor to Defendant is attached hereto as Exhibit 1.

21. The April 2, 2016 email provided Defendant with adequate notice of Ms. Taylor's name and address and other contact information for Defendant to communicate with Ms. Taylor.

22. On April 4, 2016, Plaintiff's attorney, Tasha Taylor, sent another written correspondence to Defendant, this time via facsimile to (972) 346-6870. This number appears in Defendant's letterhead as Defendant's facsimile number.

23. This correspondence specifically stated "From this point forward you should contact only my office concerning any and all accounts you have for my client, Lee Caldwell." The April 4, 2016 letter from Tasha Taylor to Defendant is attached hereto as Exhibit 2.

24. The correspondence provided Defendant with adequate notice of Ms. Taylor's name and address and other contact information for Defendant to communicate with Ms. Taylor.

25. The April 4, 2016 communication was successfully delivered to (972) 346-6870 at 12:01 according to the facsimile confirmation page. *See* Exhibit 2.

26. On April 4, 2016, Defendant mailed a letter directly to Plaintiff regarding Defendant's intent to "fully abide by its statutory obligations." The April 4, 2016 letter from Defendant to Plaintiff is attached hereto as Exhibit 3.

27. The April 4, 2016, letter from Defendant to Plaintiff acknowledged receipt of the April 4, 2016, correspondence from Plaintiff's attorney. Specifically the letter from Defendant to Plaintiff stated, "…our office is in receipt of your letter dated April 04, 2016, in which you advised our office that you disputed the above-referenced debt. This letter was received by our office on the date of April 04, 2016." *See* Exhibit 3.

28. At the time Defendant mailed the April 4, 2016 letter to Plaintiff, Defendant knew that Plaintiff was represented by an attorney.

29. Defendant's correspondence directly with Plaintiff, while knowing Plaintiff was represented by an attorney, was unlawful – a violation of the Fair Debt Collection Practices Act, specifically 15 U.S.C. § 1692c(a)(2).

30. Defendant's purpose for mailing correspondence to Plaintiff was a part of its attempt to collect the Account.

31. The correspondence from Defendant to Plaintiff constituted a "communication" as defined by 15 U.S.C. § 1692a(2).

32. All of the conduct by Defendants and/or their employees and/or agents alleged in the preceding paragraphs was done knowingly and willfully.

## **RESPONDEAT SUPERIOR**

33. The representative(s) and/or collector(s) at Defendant were employee(s) and/or agents of Defendants at all times mentioned herein.

34. The representative(s) and/or collector(s) at Defendant were acting within the course of their employment at all times mentioned herein.

35. The representative(s) and/or collector(s) at Defendant were under the direct supervision and control of Defendants at all times mentioned herein.

36. The actions of the representative(s) and/or collector(s) at Defendant are imputed to their employer, Defendant.

## COUNT I:  VIOLATIONS OF THE FDCPA 15 U.S.C. § 1692, et seq. BY HILLCREST, DAVIDSON, AND ASSOCIATES LLC

37. The previous paragraphs are incorporated into this Count as if set forth in full.

38. The act(s) and omission(s) of Defendant and its representative(s), employee(s) and/or agent(s) violated 15 U.S.C. § 1692c(a)(2).

39. Pursuant to 15 U.S.C. § 1692k Plaintiff seeks damages, reasonable attorney's fees and costs from Defendant.

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff requests that the Court grant the following:

40. Judgment in favor of Plaintiff and against Direct Recovery Services, LLC, as follows:

    a.  Actual damages pursuant to 15 U.S.C. 1692k(a)(1).

    b.  Statutory damages in the amount of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2).

    c.  Reasonable attorneys fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

    d.  Such other and further relief as the Court deems just and proper.

Respectfully submitted,

Jeffrey D. Wood, Esq.
ArkBN: 2006164
14524 Cantrell Rd.
Suite 140 – Box 208
Little Rock, AR  72223
TEL:  682-651-7599
FAX:  888-598-9022
EMAIL:  jeff@mmlaw.pro
Attorney for Plaintiff

# EXHIBIT 1

**From:** Tasha Taylor
**Sent:** Saturday, April 02, 2016 12:08 PM
**To:** 'info@hillcrestdavidson.com' <info@hillcrestdavidson.com>
**Subject:** Negative reporting on credit report for my client, Lee Caldwell (SS# xxx-xx-3220)

To Whom It May Concern:

I represent Lee Caldwell concerning a negative report on his credit report from your company.  It appears that your company has reported a balance of $3,284 on Mr. Caldwell's report for the original creditor "Safehome Security."

My client disputes this debt and, on my client's behalf, I am asking that you validate this debt.  In addition, I am requesting that you provide to my office all documented information/media available to you and/or your client.  Please forward all information to my office at PO Box 629, Little Rock, AR 72203 (or via email to Tasha@TaylorLawFirm.com).

From this point forward, you should contact only my office concerning any and all accounts you have for my client, Lee Caldwell.  Please feel free to contact me via email at Tasha@TaylorLawFirm.com if you have any questions concerning my requests.

Thanks,
Tasha C. Taylor

**Tasha C. Taylor**
**Taylor & Taylor Law Firm, P.A.**
124 West Capitol Avenue, Suite 1500
P.O. Box 629 | Little Rock, AR 72203
Ph. (501) 246-8004
**800-844-TAYLOR**
Fax (501) 246-8009
Email: Tasha@TaylorLawFirm.com
Firm Site: TaylorLawFirm.com
Facebook: Facebook.com/TaylorLawFirm
Appeals Blog: ArkansasAppeals.com
Injury Blog: ArkansasPersonalInjuryBlog.com



The information contained in this communication is (1) intended only for the use of the recipient(s) named above, (2) confidential, and (3) may be legally privileged.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please re-send this communication to the sender and delete the original message or any copy of it from your computer system.  Thank you.

# EXHIBIT 2



TAYLOR&TAYLOR

Law Firm, P.A. | TaylorLawFirm.com

PHONE: (501) 246-8004
FAX:    (501) 246-8009

ANDREW M. TAYLOR, PARTNER
Andy@TaylorLawFirm.com

TASHA C. TAYLOR, PARTNER
Tasha@TaylorLawFirm.com

April 4, 2016                                                    *via facsimile only (972) 346-6870*

Hillcrest Davidson and Associates
715 N. Glenville Drive
Suite 450
Richardson, TX  75081

RE:    **Negative Reporting on Credit Report for my Client, Lee Caldwell (SS# xxx-xx-3220)**

To Whom It May Concern:

I represent Lee Caldwell concerning a negative report on his credit report from your company.  It appears that your company has reported a balance of $3,284 on Mr. Caldwell's report for the original creditor "Safehome Security."

My client disputes this debt and, on my client's behalf, I am asking that you validate this debt.  In addition, I am requesting that you provide to my office all documented information/media available to you and/or your client.  Please forward all information to my office at P.O. Box 629, Little Rock, AR 72203 (or via email to Tasha@TaylorLawFirm.com).

From this point forward, you should contact only my office concerning any and all accounts you have for my client, Lee Caldwell.  Please feel free to contact me via email at Tasha@TaylorLawFirm.com if you have any questions concerning my requests.

Sincerely,

Tasha C. Taylor

TCT/jmc

MEMORY TRANSMISSION REPORT

```
TIME      : 04-04-2016 12:01
FAX NO.1  : +1-501-246-8009
NAME      : Taylor & Taylor
```

```
FILE NO.        :  010
DATE            :  04.04 12:00
TO              : ☎ 19723466870
DOCUMENT PAGES  :  2
START TIME      :  04.04 12:00
END TIME        :  04.04 12:01
PAGES SENT      :  2
STATUS          :  OK
```

***SUCCESSFUL TX NOTICE***


## TAYLOR & TAYLOR
Law Firm, P.A. | TaylorLawFirm.com

```
PHONE: (601) 246-8004
FAX:   (601) 246-8009
ANDREW M. TAYLOR, PARTNER
Andy@TaylorLawFirm.com
TASHA C. TAYLOR, PARTNER
Tasha@TaylorLawFirm.com
```

### FACSIMILE TRANSMITTAL SHEET

**TO**          :   **Hillcrest Davidson and Associates**

**FAX NO.**     :   **(972) 346-6870**

**FROM**        :   **Tasha C. Taylor**

**DATE**        :   **April 4, 2016**

**RE**          :   **Lee Caldwell**

**NO. PAGES:**      **2**
(Including Cover)

**MESSAGE :**       **Please see attached.**

**CONFIDENTIALITY STATEMENT**

The information contained in this facsimile is attorney privilege, confidential information, exempt from disclosure under applicable law and is intended for the sole use of the addressee. If the reader of this facsimile is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify the person listed above by telephone, and return the original message to the sender at the address listed above via U.S. Postal Service. Thank you.

124 WEST CAPITOL AVENUE, SUITE 1500  |  P.O. BOX 629  |  LITTLE ROCK, AR 72203

# EXHIBIT 3



715 N Glenville Dr. Suite 450 • Richardson, TX 75081 • Phone: 866.524.9866 • Fax: 972.346.6870 • www.hillcrestdavidson.com

Date of Notice: 04/04/2016

LEE CALDWELL
1199 MIMOSA ST
CROSSETT, AR 71635

**Regarding**    Creditor:        Safehome Security
                 Account Number:  190120
                 Agency Number:   384462
                 Balance Due:     $3,284.48
                 Response to your Notice of Dispute of Debt Letter

Dear LEE CALDWELL,

Please be advised that our office is in receipt of your letter dated April 04, 2016 in which you advised our office that you
disputed the above-referenced debt. This letter was received by our office on the date of April 04, 2016. This letter is being
sent to you pursuant to Section 809 (b) of the **Debt Collection Practices Act.** Such subsection states, in part "If the
consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any
portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector
shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or
any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or
name and address of the original creditor, is mailed to the consumer by the debt collector.

Our Office Intends to fully abide by its statutory obligations.

**This communication is from a debt collector. This is an attempt to collect a debt and any information received will
be used for that purpose.**

Sincerely,

*Sean Atwood*