## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LEE CALDWELL**                                                        **PLAINTIFF**

**v.**                                  **No. 4:16-cv-856-DPM**

**HILLCREST DAVIDSON**
**AND ASSOCIATES LLC**                                          **DEFENDANT**

### JUDGMENT

The Court enters Judgment for Lee Caldwell and against Hillcrest

Davidson and Associates LLC for a total of $2075: statutory damages of $100,

costs of $400, plus an attorney's fee of $1575. Post-judgment interest will

accrue at 1.22% from today until this Judgment is paid in full. 28 U.S.C.

§ 1961(a).


_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_27 June 2017_